UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

Mark Edelsberg, individually
and on behalf of all others similarly situated,

    Plaintiff,

v.

Vroom, Inc.,

    Defendant.
_____/

## DEFENDANT VROOM, INC.'S NOTICE OF REMOVAL

In accordance with 28 U.S.C. §§ 1331, 1441, 1446, 1453, and 1711, Defendant Vroom, Inc. ("Vroom") gives notice that it is removing this action from the Circuit Court of the Seventeenth Judicial District in and for Broward County, Florida to the United States District Court for the Southern District of Florida. Vroom does not waive any of its defenses or rights by filing this notice of removal, and expressly reserves all defenses and rights. Removal is proper for the reasons explained below.

## BACKGROUND

1. Plaintiff Mark Edelsberg ("Plaintiff") filed this putative class action against Vroom in the Circuit Court of the Seventeenth Judicial District in and for Broward County, Florida.

2. Vroom was served a copy of the Complaint on October 20, 2016.

3. Plaintiff contends that Vroom violated the Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA") by sending Plaintiff a single text message in direct response to an online classified advertisement that Plaintiff placed in an attempt to sell his car. (Compl. ¶¶ 12-19.) Plaintiff seeks declaratory relief, injunctive relief, and actual and statutory damages (*Id.* [Prayer for Relief]), including "a minimum of $500.00 in damages for each violation" of the TCPA. (*Id.* ¶ 38.)

4. Plaintiff seeks recovery on his own behalf and on behalf of a putative nationwide class of individuals who "received a telephone call or text message made through the use of any automatic telephone dialing system or an artificial or pre-recorded voice [from Vroom] to said person's cellular telephone number, without emergency purpose and without the recipient's prior express consent." (*Id.* ¶ 21.)

## FEDERAL QUESTION JURISDICTION

5. Plaintiff's Complaint is based solely on federal law. Specifically, Plaintiff asserts a single cause of action against Vroom under the TCPA (47 U.S.C. § 227). Therefore, this Court has original jurisdiction over this action under 28 U.S.C. § 1331, which provides that "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." *See also Mims v. Arrow Fin. Svcs., LLC* 132 S.Ct. 740, 745 (2012) (holding that federal courts have "jurisdiction over private suits arising under the TCPA").

6. Because this Court has subject matter jurisdiction over this action, removal is proper pursuant to 28 U.S.C. §§ 1441(a) and 1453.

## PROCEDURAL REQUIREMENTS FOR REMOVAL

7. Venue is proper in this Court pursuant to 28 U.S.C. §§ 89(c) and 1441(a) because the United States District Court for the Southern District of Florida is the federal judicial district embracing the Seventeenth Judicial District in and for Broward County, Florida, which is the judicial district where the State Court Action was filed.

8. This Notice of Removal is timely and filed in compliance with 28 U.S.C. § 1446(b) because it was filed within thirty days after October 20, 2016, the date on which Vroom was served with the Complaint.

9. In accordance with 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, and orders served upon Vroom as of the date of this filing are attached as Exhibit "A."

10. As required by 28 U.S.C. § 1446(d), Vroom has filed this Notice with this Court, is serving a copy of this Notice upon counsel for all parties, and is filing a Notice of Removal of

Action to Federal Court in the Seventeenth Judicial District in and for Broward County, Florida. A copy of the Notice of Removal of Action to Federal Court is attached as Exhibit "B."

WHEREFORE, for the reasons set forth above, Defendant Vroom respectfully removes this action from Florida state court so that this Court may assume full jurisdiction over this action as provided by law.

Dated:  November 18, 2016 　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　RIVERO MESTRE LLP
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Vroom, Inc.
　　　　　　　　　　　　　　　　　　　　　　2525 Ponce de Leon Boulevard, Suite 1000
　　　　　　　　　　　　　　　　　　　　　　Miami, Florida 33134
　　　　　　　　　　　　　　　　　　　　　　Telephone: (305) 445-2500
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (305) 445-2505
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant Vroom, Inc.
　　　　　　　　　　　　　　　　　　　　　　E-mail: jmestre@riveromestre.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　kblanson@riveromestre.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　knwamah@riveromestre.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　mferguson@riveromestre.com

　　　　　　　　　　　　　　　　　　　　　　By:    s/ Jorge A. Mestre
　　　　　　　　　　　　　　　　　　　　　　　　　　JORGE A. MESTRE
　　　　　　　　　　　　　　　　　　　　　　　　　　Fla. Bar No. 088145
　　　　　　　　　　　　　　　　　　　　　　　　　　KADIAN BLANSON
　　　　　　　　　　　　　　　　　　　　　　　　　　Fla. Bar No. 098880
　　　　　　　　　　　　　　　　　　　　　　　　　　KINGSLEY NWAMAH
　　　　　　　　　　　　　　　　　　　　　　　　　　Fla. Bar No. 118364

## CERTIFICATE OF SERVICE

I certify that on November 18, 2016, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record either by transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail.

　　　　　　　　　　　　　　　　　　　　　　　　s/ Jorge A. Mestre
　　　　　　　　　　　　　　　　　　　　　　　　Jorge A. Mestre